# United States Court of Appeals for the Fifth Circuit

---

No. 25-60372
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
March 9, 2026

Lyle W. Cayce
Clerk

MATTHEW JONES,

*Plaintiff—Appellant*,

*versus*

GREENVILLE POLICE DEPARTMENT,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:25-CV-48

---

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Matthew Jones, proceeding pro se, appeals the district court's dismissal of his complaint as frivolous and for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). His complaint included allegations that he had been raped and killed and that only medicine from specific plants could revive and cure him.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-60372

Even with the benefit of liberal construction of his brief, Jones does not address the district court's reasons for dismissing his complaint and has therefore abandoned any such challenge. *See Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993); *Brinkmann v. Dall. Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Accordingly, the judgment of the district court is AFFIRMED.